[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10024
_____

D.C. Docket No. 8:09-cv-00264-SDM-EAJ

ESTATE OF KYLE THOMAS BRENNAN,
by and through its Administrator, Victoria L. Britton,

Plaintiff-Appellant,

versus

CHURCH OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.,
DENISE GENTILE,
a.k.a. Denise Miscavige Gentile,
GERALD GENTILE,
THOMAS BRENNAN,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 19, 2012)

Before HULL, MARCUS and COX, Circuit Judges.

PER CURIAM:

After full review and oral argument, we conclude that the Plaintiff-Appellant Estate of Kyle Thomas Brennan has demonstrated no reversible error in the district court's order, dated December 6, 2011, granting summary judgment to the Defendants-Appellees, Church of Scientology Flag Service Organization, Inc., Denise Gentile, Gerald Gentile, and Thomas Brennan.

**AFFIRMED.**